**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

JS - 6

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 11-01220 VAP (SPx)                        Date:  September 22, 2011

Title:     STEVE G. HOLT et al. *-v-* RYLAND MORTGAGE COMPANY, et al.
================================================================
PRESENT:    HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                    None Present
    Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
PLAINTIFFS:                          DEFENDANTS:

    None                                             None

PROCEEDINGS:    MINUTE ORDER REMANDING ACTION TO THE
                CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF
                RIVERSIDE (IN CHAMBERS)

    This case comes before the Court having been removed from the California Superior Court for the County of Riverside.  On August 30, 2011, the Court ordered removing Defendant Ryland Mortgage Company ("Ryland") to show cause why the case should not be remanded for lack of subject-matter jurisdiction.  (<u>See</u> Doc. No. 16.)  On September 9, 2011, Ryland responded and indicated that neither it, nor any other Defendants, would oppose a remand of this action.  The Court therefore

EDCV 11-01220 VAP (SPx)
STEVE G. HOLT et al. v. RYLAND MORTGAGE COMPANY, et al.
MINUTE ORDER of September 22, 2011

REMANDS this matter to the California Superior Court for the County of Riverside. Plaintiff's after-filed opposition to Ryland's motion to dismiss (Doc. No. 18) is thus MOOT.

**IT IS SO ORDERED.**